## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE: MELVIN PETER MATHIES
ANNA CLARE MATHIES

CASE NO: 95-60425

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 32
Judge: Michael E Ridgway
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

---

On 4/26/2017, I did cause a copy of the following documents, described below,

Notice of Sale, 32

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/26/2017

/s/ Erik Ahlgren Trustee
Erik Ahlgren Trustee  191814
Ahlgren Law Office PLLC
220 W Washington Ave. Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  MELVIN PETER MATHIES<br>ANNA CLARE MATHIES | CASE NO: 95-60425<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 32<br>Judge: Michael E Ridgway<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 4/26/2017, a copy of the following documents, described below,

Notice of Sale, 32

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/26/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ahlgren Law Office PLLC
Erik Ahlgren Trustee
220 W Washington Ave. Ste 105
Fergus Falls, MN  56537

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              EXCLUDE
1   LABEL MATRIX FOR LOCAL NOTICING    2   US TRUSTEE                         3   FERGUS FALLS   ST PAUL
    08646                                  1015 US COURTHOUSE                     200 WARREN E BURGER FEDERAL BUILDING
    CASE 95-60425                          300 S 4TH ST                           AND
    DISTRICT OF MINNESOTA                  MINNEAPOLIS MN 55415-3070              U S COURTHOUSE
    FERGUS FALLS                                                                  316 N ROBERT ST
    WED APR 26 10-50-35 CDT 2017                                                  ST PAUL MN 55101-1495


4   ALLIED MEDICAL ACCOUNTS            5   ANNANDALE FAMILY PHYSICI           6   BUFFALO HOSPITAL
    1500 COMMERCE DR                       55 MAPLE AVE N                         303 CATLIN ST
    MENDOTA HTS MN 55120-1023              BOX B                                  BOX 609
                                           ANNANDALE MN 55302-1100                BUFFALO MN 55313-4507


7   CENTRAL COLLECTION SERV            8   INTERNAL REVENUE SERVICE           9   FINANCIAL CONSULTANTS CO
    PO BOX 519                             CENTRALIZED INSOLVENCY OPERATIONS      BOX 235
    SAUK RAPIDS MN 56379-0519              PO BOX 7346                            FOLEY MN 56329-0235
                                           PHILADELPHIA PA 19101-7346


10  FAIRVIEW HEALTH SERVICES           11  HOSPITAL PATHOLOGY ASSOC           12  INTERNAL REVENUE SERVICE
    400 STINSON BLVD NE                    3055 OLD HWY 8                         CENTRALIZED INSOLVENCY
    MINNEAPOLIS MN 55413-2613              MINNEAPOLIS MN 55418-2500              PO BOX 7346
                                                                                  PHILADELPHIA PA 19101-7346


13  M B MANAGEMENT SERV INC            14  METROPOLITAN ANESTHESIA            15  METROPOLITAN CARDIOLOGY
    5255 E RIVER RD NE                     6465 WAYZATA BLVD                      MERCY HEALTH CARE CTR
    MINNEAPOLIS MN 55421-1026              ST LOUIS PARK MN 55426-1728            3960 COON RAPIDS BLVD
                                                                                  COON RAPIDS MN 55433-2569


16  MIDWESTERN HEART  LUNG             17  MN DEPT OF REVENUE                 18  PINE CITY AMBULANCE
    3920 COON RAPIDS BLVD                  COLLECT ENFORCEMENT UNIT               210 6TH ST
    COON RAPIDS MN 55433                   551 BANKRUPTCY SECTION                 PINE CITY MN 55063-1450
                                           PO BOX 64447
                                           ST PAUL MN 55164-0447


19  PROFESSIONAL CREDIT CONS           20  RELIANCE RECOVERIES                21  RUSH CITY AREA CLINIC
    3055 OLD HWY 8 SUITE 108               6160 SUMMIT DR STE 420                 780 W 4TH ST
    MINNEAPOLIS MN 55418-2595              PO BOX 29227                           BOX 607
                                           MINNEAPOLIS MN 55429-0227              RUSH CITY MN 55069-9063


22  SHF OF STEARNS CTY                 23  STATE OF MINNESOTA                 24  STATE OF MINNESOTA
    PO BOX 217                             DEPT OF MANPOWER SERVICE               DEPT OF TAXATION
    ST CLOUD MN 56302-0217                 390 N ROBERT ST                        CENTENNIAL OFFICE BLDG
                                           ST PAUL MN 55101-1805                  ST PAUL MN 55145-0001


25  SUBURBAN RADIOLOGIC CONS           26  STATE OF MN DEPT OF REVENUE        27  UNITED STATES ATTORNEY
    4801 81ST ST STE 108                   BANKRUPTCY SECTION                     234 US COURTHOUSE
    MINNEAPOLIS MN 55437-1191              PO BOX 64447-BKY                       110 S 4TH ST
                                           ST PAUL MN 55164                       MINNEAPOLIS MN 55401-2272
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*EXCLUDE*
28 UNITED STATES TRUSTEE
  540 MIDLAND SQUARE BLDG
  331 2ND AVE S
  MINNEAPOLIS MN 55401-3014

29 UNIVERSITY OF MINNESOTA
  PATIENT FINANCIAL SVCS
  BOX 602
  MINNEAPOLIS MN 55455

30 UNIVERSITY OF MINNESOTA
  PATIENT FINANCIAL SERVICES
  720 WASHINGTON AVE SE 200
  MINNEAPOLIS MN 55414-2924

31 ANNA CLARE MATHIES
  PO BOX 73
  KIMBALL MN 55353-0073

*EXCLUDE*
32 ERIK AHLGREN
  AHLGREN LAW OFFICE
  220 W WASHINGTON AVE STE 105
  FERGUS FALLS MN 56537-2569

*DEBTOR*
33 MELVIN PETER MATHIES
  PO BOX 73
  KIMBALL MN 55353-0073

*EXCLUDE*
34 SAM V CALVERT
  1011 2ND STREET N STE 107
  ST CLOUD MN 56303-3237

*EXCLUDE*
35 SAM CALVERT
  SAM V CALVERT PA
  1011 2ND ST N STE 107
  ST CLOUD MN 56303-3237

*EXCLUDE*
36 WILLIAM SPOONER
  SPOONER - GLENZ LAW OFFICES PLLC
  113 WASHBURNE AVE
  PAYNESVILLE MN 56362-1640